UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIDEEP SINGH DHANOA,

          Plaintiff,

   v.

COLUMBIA DEBT RECOVERY,

          Defendant.

Case No. C19-1178RSL

ORDER TO SHOW CAUSE

On September 19, 2019, the Court issued an order requiring the parties to file a Joint Status Report by October 17, 2019. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, November 15, 2019, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of September 19, 2019. The Clerk is directed to place this Order to Show Cause on the Court's calendar for November 15, 2019.

DATED this 30th day of October, 2019.

          /s/ Robert S. Lasnik
          Robert S. Lasnik
          United States District Judge

ORDER TO SHOW CAUSE