UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIDEEP SINGH DHANOA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COLUMBIA DEBT RECOVERY,<br><br>　　　　　Defendant. | NO.  C19-1178RSL<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court sua sponte.  The above entitled case was filed on July 29, 2019.  This Court issued a Minute Order Setting Trial Date and Related Dates on November 5, 2019.  No documents have been filed since November 5, 2019.

　　　Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1).  Plaintiff shall file a responsive brief no later than September 10, 2020.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, September 11, 2020.

　　　DATED this 24th day of August, 2020.

　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE-1