UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **JAIDEEP SINGH DHANOA, on behalf of himself and all others similarly situated**,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>**COLUMBIA DEBT RECOVERY**<br><br>　　　　　Defendants. | No. 2:19-cv-01178-RSL |

## **STIPULATION AND ORDER OF DISMISSAL**

IT HIS HEREBY STIPULATED AND AGREED, on this 25th day of August, 2020, by and between Plaintiff Jaideep Singh Dhanoa and Defendant Columbia Debt Recovery, that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

Dated: August 25, 2020

1  /s/ Yitzchak Zelman
   Yitzchak Zelman, Esq.
2  MARCUS & ZELMAN, LLC
3  701 Cookman Avenue, Suite 300
   Asbury Park, NJ 07712
4  Phone: (732) 695-3282
5  Email: yzelman@marcuszelman.com
   PRO HAC VICE
6  *Attorney for Plaintiff*
7
8  */s/ Krista L. White*
   Krista White, Esq.
9  Columbia Debt Recovery, LLC
10 PO Box 360
   Everett, WA 98213
11 Tel: 425-646-1382
12 Email: kristaw@genesiscred.com
13 *Attorney for Defendant*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28